938

No. 76–1843. OLLESTEAD ET AL. *v.* NATIVE VILLAGE OF TYONEK. Sup. Ct. Alaska. Certiorari denied.

No. 76–6956. BURSE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–6982. BRICKHOUSE *v.* ZAHRADNICK, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 77–54. BEASLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–96. BRITISH AMERICAN COMMODITY OPTIONS CORP. ET AL. *v.* BAGLEY, CHAIRMAN, COMMODITY FUTURES TRADING COMMISSION, ET AL.; and

No. 77–204. NATIONAL ASSOCIATION OF COMMODITY OPTION DEALERS ET AL. *v.* COMMODITY FUTURES TRADING COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 552 F. 2d 482.

No. 77–192. STEBBINS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–244. LEE PHARMACEUTICALS *v.* DEN-MAT, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–254. DISCOUNT CO., INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–278. CHAMPION INTERNATIONAL CORP. *v.* UNITED STATES;

No. 77–281. YOUNG & MORGAN, INC., ET AL. *v.* UNITED STATES; and

No. 77–282. FRERES LUMBER CO., INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 557 F. 2d 1270.